No. 00–1209. SOLOMON *v.* GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT. App. Div., Sup. Ct. N. Y., 2d Jud.

Dept. Certiorari denied.